UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON RAISER,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF TEMECULA, et al.,<br><br>  Defendants. | Case No. ED CV 17-00217 RGK (RAO)<br><br>ORDER ACCEPTING SECOND INTERIM REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendant State of California's motion to dismiss, Plaintiff Aaron Raiser's motions to amend, all of the other records and files herein, and the Second Interim Report and Recommendation of United States Magistrate Judge ("Second Interim Report"). The time for filing objections to the Second Interim Report has passed, and no objections have been filed. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///

///

///

///

///

Accordingly, IT IS ORDERED that:

(1) Defendant State of California's Motion to Dismiss is GRANTED and Plaintiff's claims against Defendant State of California are dismissed without leave to amend; and

(2) Plaintiff's Motions to Amend are DENIED.

DATED: February 08, 2018

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE