UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON RAISER, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF TEMECULA, et al., <br><br> Defendants. | Case No. ED CV 17-00217 RGK (RAO) <br><br> ORDER ACCEPTING THIRD INTERIM REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Motion for Contempt and Partial Terminating Sanctions, all of the other records and files herein, and the Third Interim Report and Recommendation of United States Magistrate Judge ("Third Interim Report"). Further, the Court has engaged in a *de novo* review of those portions of the Third Interim Report to which Plaintiff has objected.

The Third Interim Report sufficiently addresses the bulk of the arguments made by Plaintiff in his Objections. Plaintiff also attempts to raise new arguments for the first time in his Objections and attaches 25 exhibits in support.

A district court generally is not required to consider evidence raised for the first time in an objection to a magistrate judge's recommendation. In declining to consider such evidence, the court actually must exercise its discretion; the court

cannot simply adopt the recommendation without explaining that it will not consider a new matter. *See Jones v. Blanas*, 393 F.3d 918, 935 (9th Cir. 2004); *Brown v. Roe*, 279 F.3d 742, 74546 (9th Cir. 2002); *United States v. Howell*, 231 F.3d 615, 62122 (9th Cir. 2000).

Here, the Court declines to consider the new arguments and evidence offered in Plaintiff's Objections.

Accordingly, the Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Plaintiff's Motion for Contempt and Partial Terminating Sanctions is DENIED.

DATED: October 17, 2018

*/s/ Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE