JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| AARON RAISER, | ) CASE NO: 5:17-cv-00217 RGK(RAOx) |
|---|---|
| Plaintiff, | ) (~~PROPOSED~~) JUDGMENT |
| vs. | ) |
| CITY OF TEMECULA et al, | ) |
| Defendants. | ) |
| _____ | ) |

This case was tried to a jury starting on December 10, 2019. The court bifurcated trial into two phases. Phase 1 addressed liability. Phase 2 addressed damages and Monell issues.

The jury returned the following verdict for phase 1:

For the following encounters, did plaintiff Aaron Raiser prove by a preponderance of the evidence that his constitutional rights were violated by the named deputies?

| By a deputy sheriff on 2/10/15 | No |
|---|---|
| By a deputy sheriff on 2/18/15 | No |
| By Deputy Melback on 6/22/15 | No |
| By Deputies Nelson and Waroff on 7/7/15 | No |
| By Deputy Butts on 10/21/15 | Yes |

1

| | |
|---|---|
| By a deputy sheriff on 2/16/17 | No |
| By a deputy sheriff on 2/28/17 | No |

At the conclusion of Plaintiff's presentation of evidence in phase 2, the Court granted Defendants' motion for judgment pursuant to F.R.Civ.P. Rule 50(a) on both damages and Monell issues.

The Court found that Plaintiff had not met his burden of proving his equitable claims, claims 16, 20, 24 and 26. (Docket number 368) The Court denied Defendants' motion for judgment pursuant to F.R.Civ.P. Rule 50(b) (docket number 366) and denied Plaintiff's motion for new trial/motion to vacate. (Docket number 369)

Ninth Circuit cases hold that if a plaintiff obtains a verdict finding liability but does not prove any actual damages, the plaintiff is entitled to nominal damages of $1. Floyd v. Laws, 929 F.2d 1390, 1402-1403 (9th Cir. 1991); Schneider v. County of San Diego, 285 F.3d 784, 795 (9th Cir. 2002).

The Court therefore enters judgment as follows:

1. Judgment is entered in favor of plaintiff Aaron Raiser against defendant Deputy Richard Butts in the sum of $1.

2. Judgment is entered in favor of defendants County of Riverside, City of Temecula, Deputy Brian Nelson, Deputy Jared Melback, and Deputy Steven Waroff and against plaintiff Aaron Raiser.

Dated: March 23, 2020

*Jay Klausner*

United States District Judge